**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN AUTOMOBILE ASSOCIATION,       No. C 12-02387 CW
INC., a Connecticut corporation,

      ORDER RE DEFAULT

       Plaintiff,

    v.

MONTEREY SURF INN, an entity of
unknown form; and DIGEN PATEL,

       Defendants.
_____/

    Default having been entered by the Clerk on July 19, 2012,

    IT IS HEREBY ORDERED that Plaintiff shall file a motion for
default judgment within 30 days from the date of this order, and
upon filing of motion for default judgment, said motion will be
referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be
heard and considered at the convenience of his/her calendar.  The
Magistrate Judge shall prepare findings and recommendation on the
motion.

    IT IS FURTHER ORDERED that the Case Management Conference
previously set for Wednesday, August 22, 2012 is continued to
Wednesday, October 31, 2012.

Dated: 7/23/2012

_____
CLAUDIA WILKEN
United States District Judge