IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>MONTEREY SURF INN, an entity of unknown form; and DIGEN PATEL,<br><br>    Defendants. | No. C 12-02387 CW<br><br>ORDER RE DEFAULT |

Default having been entered by the Clerk on July 19, 2012,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for Wednesday, August 22, 2012 is continued to Wednesday, October 31, 2012.

Dated: 7/23/2012

                          CLAUDIA WILKEN
                          United States District Judge