1  Michael D. Adams (State Bar No. 185835)
   madams@rutan.com
2  Zack Broslavsky (State Bar No. 241736)
   zbroslavsky@rutan.com
3  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
4  Costa Mesa, California 92626-1931
   Telephone:   714-641-5100
5  Facsimile:   714-546-9035

6  Attorneys for Plaintiff
   AMERICAN AUTOMOBILE ASSOCIATION, INC.
7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

| 10  AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation, | Case No. CV12-02387 CW (KAW) |
| 11 | [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| 12          Plaintiff, | |
| 13          v. | Date:  October 31, 2012 |
| 14  MONTEREY SURF INN, an entity of unknown form, DIGEN PATEL, an individual, and DOES 1 through 10, Inclusive, | Time:  2:00 p.m. Ctrm:  2, 4th Floor 1301 Clay St. Oakland, CA |
| 15 | |
| 16 | |
|          Defendants. | Date Action Filed:  May 11, 2012 Trial Date: |
| 17 | |

18

19       This matter is before the Court on Plaintiff's Request to Continue Case

20  Management Conference ("Request") on October 31, 2012 at 2:00 p.m. in Courtroom 2, 4th

21  floor of the above-entitled court.

22       After consideration of Plaintiff's Request and good cause appearing therefore, this

23  court GRANTS the Request.

24       It is hereby ordered that the Case Management Conference be continued to

25  ___1/9/2013 at 2:00 p.m.___.

26

27  Dated: ___10/2/2012___

                                    _____
28                                  Hon. Claudia Wilken
                                    Judge, United States District Court

Rutan & Tucker, LLP
attorneys at law

2314/017601-0073
4342812.1 a09/21/12

[PROPOSED] ORDER GRANTING REQUEST
CONTINUE CASE MANAGEMENT
CONFERENCE
-1-