Michael D. Adams (State Bar No. 185835)
madams@rutan.com
Zack Broslavsky (State Bar No. 241736)
zbroslavsky@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
AMERICAN AUTOMOBILE ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONTEREY SURF INN, an entity of unknown form, DIGEN PATEL, an individual, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. CV12-02387 CW (KAW)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date: October 31, 2012<br>Time: 2:00 p.m.<br>Ctrm: 2, 4th Floor<br>       1301 Clay St.<br>       Oakland, CA<br><br>Date Action Filed: May 11, 2012<br>Trial Date: |

This matter is before the Court on Plaintiff's Request to Continue Case Management Conference ("Request") on October 31, 2012 at 2:00 p.m. in Courtroom 2, 4th floor of the above-entitled court.

After consideration of Plaintiff's Request and good cause appearing therefore, this court GRANTS the Request.

It is hereby ordered that the Case Management Conference be continued to

1/9/2013 at 2:00 p.m.          .

Dated: _____10/2/2012_____                    _____[signature]_____
                                              Hon. Claudia Wilken
                                              Judge, United States District Court

Rutan & Tucker, LLP
attorneys at law

2314/017601-0073
4342812.1 a09/21/12

-1-

[PROPOSED] ORDER GRANTING REQUEST
CONTINUE CASE MANAGEMENT
CONFERENCE