Michael D. Adams (State Bar No. 185835)
madams@rutan.com
Zack Broslavsky (State Bar No. 241736)
zbroslavsky@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
AMERICAN AUTOMOBILE ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONTEREY SURF INN, an entity of unknown form, DIGEN PATEL, an individual, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. CV12-02387 CW (KAW)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Date Action Filed: May 11, 2012<br>Trial Date: |

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that pursuant to FRCP 41, Plaintiff American Automobile Association, Inc. hereby dismisses this action without prejudice.

Dated: November 1, 2012

RUTAN & TUCKER, LLP
MICHAEL D. ADAMS
ZACK BROSLAVSKY

By: ___/s/ Michael D. Adams___
Michael D. Adams
Attorneys for Plaintiff
AMERICAN AUTOMOBILE ASSOCIATION, INC.

IT IS SO ORDERED
[signature]
Judge Claudia Wilken

Rutan & Tucker, LLP
attorneys at law

2314/017601-00
4339539.1 a11/01/12

NOTICE OF DISMISSAL

-1-